IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CHERYL L. REAVES,** | 06-CV-1197-HU |
| Plaintiff, | ORDER |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner, Social**<br>**Security Administration,** | |
| Defendant. | |

**SARA L. GABIN**
Five Centerpoint Drive
Suite 400
Lake Oswego, OR  97035
(503) 620-3171

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1  -  ORDER

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**FRANCO L. BECIA**
Special Assistant United States Attorneys
Social Security Administration
701 5th Avenue, Suite 2900, M/S 901
Seattle, WA 98104-7075
(206) 615-2114

   Attorneys for Defendant

**BROWN, Judge.**

  Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#14) on November 2, 2007, in which he recommended the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits and Supplemental Security Income.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

  Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

  The Court **ADOPTS** Magistrate Judge Hubel's Findings and

2   -   ORDER

Recommendation (#14).  Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 3rd day of January, 2008.

    /s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER