IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHERYL L. REAVES,**                           06-CV-1197-HU

        Plaintiff,                    JUDGMENT

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**

        Defendant.

**SARA L. GABIN**
Five Centerpoint Drive
Suite 400
Lake Oswego, OR  97035
(503) 620-3171

        Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1 - JUDGMENT

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**FRANCO L. BECIA**
Special Assistant United States Attorneys
Social Security Administration
701 5th Avenue, Suite 2900, M/S 901
Seattle, WA 98104-7075
(206) 615-2114

        Attorneys for Defendant

    Based on the Court's Opinion and Order (#__) issued January 2, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 3rd day of January, 2008.

                                /s/ Anna J. Brown

                                ANNA J. BROWN
                                United States District Judge

2 - JUDGMENT